PEARSON & HUME *v.* JOHN F. HARPER, Executor, &c.

An offer by a debtor to give the creditor in payment or discharge of creditor's claims, a tract of land, if the creditor would give one hundred dollars to boot, will not interrupt prescription.

APPEAL from the District Court, Tenth District, parish of Tensas, *Farrar*, J. *Farrar*, for plaintiffs. *Stacy* and *Snyder*, for defendant and appellant.

BUCHANAN, J. This is a suit instituted upon the following obligations of defendant's testator, *Stephen M. Ford:* Three notes payable to order, of which one was due the 1st of January, 1843, and two, the 1st of January, 1845; also, an account for merchandise sold, with a due bill at the bottom, (not negotiable,) dated 24th of April, 1843.

This suit was instituted in September, 1855. Defendant pleads prescription; and plaintiffs have offered as evidence of an interruption, a letter of *Ford* to one *McAlpin*, dated 14th March, 1850, and the testimony of a witness, *Johnston*, of conversations with *Ford*, in the year 1853. The letter was properly admitted in evidence. *McAlpin* appears from the letter to have been an agent of plaintiffs. The letter and the testimony contain substantially the same offer on the part of *Ford*, to give plaintiffs in payment or discharge of their claims, a tract of land, provided they would give one hundred dollars to boot. This offer was declined; and upon the principle of the case of *Lackey* v. *Macmurdo*, 9 An., there was no interruption of the prescription.

Judgment reversed, and judgment for defendant, with costs in both courts.